LEONARDO ABOGADO v. THE STATE.

No. 5201. Decided November 20, 1918.

Theft—Statement of Facts—Bills of Exception.

In the absence of a duly approved statement of facts, or bills of exception, the judgment must be affirmed.

Appeal from the District Court of El Paso. Tried below before the Hon. W. D. Howe.

Appeal from a conviction of theft over the value of fifty dollars; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, JUDGE.—Appellant is sentenced to confinement in the penitentiary for a period of five years for theft of property over the value of fifty dollars.

We find no bill of exceptions bringing to our attention any complaint of the action of the trial court in the conduct of the case. There is filed with the record a paper denominated a statement of facts. It is not verified either by agreement of the attorneys or certificate of the trial judge, and is consequently wanting in statutory essentials. In the absence of a statement of facts or bills of exception there is nothing presented for review.

The judgment is affirmed.

*Affirmed.*